# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter | 13 |
| CHRISTOPHER WESTPHALL, | ) | Case No. | 18-15353 |
| | ) | | |
| | ) | Judge | Janet S. Baer |
| | ) | | |
| Debtor(s) | ) | Hearing Date | 7/20/18 @ 10:00 A.M |

## NOTICE OF MOTION

To:   See attached Service List

YOU ARE HEREBY NOTIFIED July 20, 2018 at 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer or the Judge presiding in Courtroom 240, at the Kane County Courthouse, 100 S. 3rd Street, Geneva, Illinois, and move for an Order allowing attorney's fees in the instant case, pursuant to the attached Application, at which time and place you may appear if you see fit.

Dated: 6/27/18        /s/ Bradley S. Covey
                      Bradley S. Covey
                      Attorney for Debtor

## PROOF OF SERVICE

Bradley S. Covey, an attorney being first duly sworn on oath deposes and says that he did electronically file and/or deposit a copy of the foregoing Notice of Motion and Application in a U.S. Post Office box in Batavia, Kane County, Illinois, with U.S. postage fully prepaid thereon, on 6/27/18, before the hour of 6:00 p.m. enclosed in an envelope properly and securely sealed and plainly addressed to the person(s) listed on the attached Service List.

                      /s/ Bradley S. Covey
                      Bradley S. Covey
                      Attorney at Law

Bradley S. Covey #6208786
Law Offices of Bradley S. Covey, P.C.
428 S. Batavia Avenue
Batavia, IL 60510
(630) 879-9559

## SERVICE LIST

**Electronically**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Glenn Stearns, Trustee
801 Warrenville Rd.
Ste. 650
Lisle, IL 60532

**U.S. Mail**

Christopher Westphall
1105 W. Downer Place
Aurora, IL 60506

Form 13-9 (20170105)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re: ) BK No.: 18-15353
CHRISTOPHER WESTPHALL, )
)  Chapter: 13
)
)  Honorable Janet S. Baer
)  Kane
Debtor(s) )

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Form 13-9 (20170105)

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 310.00 for filing fee paid by the attorney with the attorney's funds

$        for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 310.00 Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None
A total of $     .

Date of Application: 6/27/18

Attorney Signature /s/Bradley S. Covey