IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CHRISTOPHER S. WESTPHALL, | ) | NO.: 18-15353 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JANET S. BAER |
| | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of Wells Fargo Bank, N.A., and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

*/s/ Dana O'Brien*
Dana O'Brien
ARDC # 6256415
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

Dated: July 24, 2018