UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )  BK No.: 18-15353
CHRISTOPHER S. WESTPHALL,  )
  )  Chapter: 13
  )  Honorable Janet S. Baer
  )
  )  Kane
Debtor(s)  )

## ORDER MODIFYING STAY

This cause coming to be heard on the motion of Wells Fargo Bank, N.A., a creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the automatic stay in the case is modified and leave is granted to Wells Fargo Bank, N.A. and its successors and assigns to proceed with the foreclosure of the mortgage on the property located at 1105 W Downer Place, Aurora, Illinois 60506.

Any claims and/or stipulations filed by this creditor are vacated.

Enter: *(signed)* Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 04, 2019

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088
File #: BK-010236-18